-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HARRY VELASQUEZ,

        Plaintiff,

-v-

GLENN S. GOORD, Commissioner of the New York
State Department of Correctional Services;
LUCIEN J. LECLAIRE, Deputy Commissioner Facility
Operations; JAMES GRANGER, Director of Guidance
Counseling; GEORGE E. SEYFERT, Deputy Inspector
General; JOHN H. NUTTALL, Deputy Commissioner;
THOMAS G. EAGAN, Inmate Grievance Director;
ANTHONY J. ANNUCCI, DeputyCommissioner and
Counsel; FRANK HEADLEY, Deputy Commissioner;
STEPHEN BERNARDI, Deputy Commissioner;
SUSAN CARTER, Senior Correction Counselor.
A. LABRIOLA, Captain at Oneida C.F.;
SUSAN CONNELL, Superintendent of Oneida
WILLIAM F. HULIHAN, Deputy Superintendent of
programs at Oneida C.F.;
D. GREGORY, Senior Corrections Counselor;
JAMES BERBARY, Superintendent of Collins
R. A. BECKER, Deputy Superintendent;
DEBORAH EATON, Correction Counselor;
J. VENDITTI, Correction Counselor
D.R. LAGRAVES, Inmate Grievance Supervisor at
Collins C.F.; GEORGE C. JOHNSON, Parole
Commissioner; THOMAS GRANT, Parole
Commissioner; ROBERT DENNISON, Chairman
of the Division of Parole;
VERNON MANLEY, Parole Commissioner;
EDWARD MEVEC, Parole Commissioner
JAMES FERGUSON, Parole Commissioner;
all in their official and individual capacities;
and the Department of Correctional Services,

        Defendants.

DECISION AND ORDER
07-CV-0208A

---

Plaintiff has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C.

§ 1915(a) and has met the statutory requirements. Accordingly, plaintiff's request to proceed

as a poor person is hereby granted. In addition, plaintiff's complaint has been reviewed by the Court with respect to the 28 U.S.C. § 1915(e)(2) criteria.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

SO ORDERED.

Dated:   May 22, 2007
Rochester, New York

_____Charles Siragusa_____
CHARLES J. SIRAGUSA
United States District Judge